PER CURIAM:
 

 This appeal presents two questions: (1) whether under the Georgia homestead exemption debtors may use 11 U.S.C.A. § 522(f) to avoid liens that encumber property they seek to exempt, and (2) whether 11 U.S.C.A. § 522(f) is available to Chapter 13 debtors. These issues were decided in the debtor’s favor by a panel of this Court in
 
 In re Hall,
 
 752 F.2d 582 (11th Cir.1985). The same conclusion was reached by the district court in this case in entering judgment for the debtor.
 

 Appellant, Finance One, concedes that
 
 In re Hall
 
 decides the matter if that decision is controlling in this Circuit. Appellant’s only argument is that since the decision was made by a quorum of two judges, the third judge not participating in the decision, it is not binding on this three judge panel. This argument is without merit. A panel opinion of this Court is always binding on a subsequent panel even if the decision is made by only a quorum.
 
 *1253
 
 Panel precedent in this Circuit can only be changed by the Court sitting
 
 en banc
 
 or by decision of the Supreme Court.
 
 United States v. Darby,
 
 744 F.2d 1508, 1517 n. 2 (11th Cir.1984);
 
 Bonner v. City of Prichard,
 
 661 F.2d 1206, 1209 (11th Cir.1981) (en banc).
 

 AFFIRMED.